BURNHAM *v.* PETTIT.—In error.

GRANT
*v.*
WHITEMAN.

DEBT before a justice of the peace. Cause of action, a note for 12 dollars and a half. The justice gave judgment for the defendant. The plaintiff appealed to the Circuit Court. In the Circuit Court, the suit was dismissed on the ground that the justice had no jurisdiction. Plaintiff below was plaintiff in error. *Held*, that the Supreme Court had no jurisdiction—the amount in controversy, exclusive of interest and costs, being less than 20 dollars. *Thurman v. Hammond*, ante, p. 66.